**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

VICTORIA L. PETERSON                                                                          PLAINTIFF
ADC #707743

v.                                        1:11-cv-00116-JMM-JJV

W. BLAIR, Correctional Officer,
McPherson Unit, Arkansas
Department of Correction; *et al.*                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 16th day of October, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE